Lanning M. Trueb, ABA #8911083
JOHNSON BEARD & TRUEB, PC
330 L Street
Anchorage, AK 99501
Phone: (907) 277-0161
Fax: (907) 277-0164
Email: Lmtrueb@msn.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALBERT WIELAND,<br><br>                    Plaintiff,<br><br>v.<br><br>DEVON, O.N. 653894 and her engine, machinery, tackle, gear, appurtenances, apparel, furniture and equipment, *in rem,*<br><br>                    Defendants. | No. 3:20-cv-_____<br><br>**VERIFIED COMPLAINT *IN REM*<br>FOR MARITIME PERSONAL<br>INJURY DAMAGES** |

**ACTION UNDER SPECIAL RULE FOR SEAMEN TO SUE
WITHOUT SECURITY AND PREPAYMENT OF COSTS
(28 U.S.C. § 1916)**

Plaintiff Albert Wieland, through his attorneys Johnson Beard and Trueb, PC, alleges the following against Defendant:

**JURISDICTION AND VENUE**

1. This is a case of admiralty and maritime jurisdiction as hereinafter more fully appears. This is an admiralty and maritime claim within the meaning of Fed. R. Civ. P. 9(h). This action is against the vessel, *in rem*, on which plaintiff worked at the time of his injury. All the *in rem* claims herein arise under the general maritime law, give rise to a preferred maritime

Verified Complaint *In Rem*
*Wieland vs. DEVON*                                                                                                   Page 1 of 6

Case 3:20-cv-00140-HRH   Document 1   Filed 06/17/20   Page 1 of 6

lien, and are triable only on the admiralty side of this Honorable Court without jury. For the reasons noted more fully below, both jurisdiction and venue are appropriate before this Court.

2. Plaintiff is a citizen of the United States of America.

3. Plaintiff, a seaman, was injured while in the service of and while working aboard a vessel, the DEVON, while the vessel was on navigable waters at or near Platinum.

4. On information and belief, at all material times Ridge Contracting, Inc., Ridge Marine, LLC, Ridge Equipment, LLC and/or Sam Barging, Inc. and/or any one of them and/or any one of them in combination with any of the other(s), were plaintiff's employer.

5. On information and belief, at all material times Ridge Contracting, Inc., Ridge Marine, LLC, Ridge Equipment, LLC and/or Sam Barging, Inc. and/or any one of them and/or any one of them in combination with any of the other(s), were owner and/or owner *pro hac vice* and/or operator and/or charterer and/or controller of the vessel DEVON, O.N. 653894.

6. The *in rem* defendant DEVON is now and/or will, during the pendency of process hereinafter, be within this district and the jurisdiction of this Court.

7. This Court has both subject matter and personal jurisdiction over all of plaintiff's claims.

8. Plaintiff's injuries occurred on or about July 24, 2017. Per 46 U.S.C. § 30106, plaintiff's claims are timely filed.

9. Ridge Contracting, Inc., Ridge Marine, LLC, Ridge Equipment, LLC and/or Sam Barging, Inc. and/or any one of them and/or any one of them in combination with any of the other(s) are herein after referred to as the "Vessel Interests."

## CLAIM FOR UNSEAWORTHINESS

10. Plaintiff hereby realleges and incorporates paragraphs 1-9.

Verified Complaint *In Rem*
Wieland vs. DEVON
Page 2 of 6

Case 3:20-cv-00140-HRH   Document 1   Filed 06/17/20   Page 2 of 6

11. On or before July 24, 2017, plaintiff was engaged as a seaman to be employed aboard the DEVON.

12. A vessel owner owes a duty to its crew to provide a vessel, including its appurtenances that is fit for its intended use. A breach of this duty gives rise to a preferred maritime lien against the vessel *in rem.*

13. On or about July 2017, and while plaintiff was performing his duties aboard the vessel DEVON, and as a direct and proximate result of the unseaworthiness of the vessel DEVON, plaintiff was seriously and permanently injured when he was hit in the head by a block and/or headache ball while assisting in hipping a barge to the vessel DEVON. When hit, plaintiff was knocked unconscious and fell to the deck, causing injury to his head, neck, hip, low back and other body parts. Plaintiff's injury was due to various unseaworthy conditions aboard the DEVON, including without limit, the lack of adequate number of crew, the lack of properly licensed crew, lack of adequate safety policies and procedures and/or adequately trained crew, and/or other reasons found during the pendency of this matter.

14. As a direct and proximate result of said unseaworthiness as herein alleged, plaintiff was caused to suffer severe injuries, *inter alia*, to his head, neck, hip, low back and other body parts, and plaintiff suffered and may continue to suffer in the future, great amounts of physical pain with resultant physical disability and mental suffering.

15. As a direct and proximate cause of the above-described injuries, plaintiff was and is prevented from, and may in the future be prevented from, completely pursuing his regular occupation, and has suffered both past and future loss of income; as well as past and future pain and suffering, loss of enjoyment of life, physical disability, emotional and mental injury, reasonable and necessary medical expenses, and other general and special damages all in a sum

Verified Complaint *In Rem*
Wieland vs. DEVON
Page 3 of 6

Case 3:20-cv-00140-HRH   Document 1   Filed 06/17/20   Page 3 of 6

in excess of One Hundred Thousand Dollars ($100,000.00), to be proven more definitely at trial in this matter.

### CLAIMS FOR MAINTENANCE, CURE & UNEARNED WAGES

16. Plaintiff hereby realleges and incorporates Paragraphs 1-15.

17. A vessel employer owes all seamen who become ill or injured while in the service of their vessel the no-fault maritime obligations of maintenance, cure and unearned wages.

18. The vessel employer's obligation to pay maintenance, cure and unearned wages is the most pervasive of all the obligations owed a seaman.

19. Vessel interests were plaintiff's vessel employer.

20. Vessel interests owed a duty to pay plaintiff maintenance, cure and unearned wages for the injuries plaintiff incurred aboard the vessel DEVON.

21. Vessel interests failed to pay plaintiff all the maintenance, cure and unearned wages owed plaintiff; and therefore, was and is in breach of its no-fault maritime injury obligations.

20. Plaintiff's rights and claims to maintenance, cure and unearned wages give rise to a preferred maritime lien against the *in rem* defendant, the DEVON.

21. Plaintiff also claims herein all future maintenance, cure and unearned wages to which he is entitled, all in an amount to be determined at trial.

**WHEREFORE, PREMISES CONSIDERED,** plaintiff prays this Court to hear his just cause of action, and that this Court require the defendant *in rem* to answer his just cause of action, and that he be awarded judgment against the *in rem* defendant as follows:

1. That plaintiff be awarded maintenance, cure and unearned wages against the *in rem* defendant in an amount to be more fully determined at trial in this matter;

Verified Complaint *In Rem*
*Wieland vs. DEVON* Page 4 of 6

2. That plaintiff be awarded compensatory damages and general damages and any other damages allowable under the general maritime law against the *in rem* defendant in a sum in excess of One Hundred Thousand Dollars ($100,000.00), in an amount to be more fully determined at trial in this matter, and;

3. That plaintiff be adjudged a holder of a personal, preferred maritime lien against the vessel; and that the defendant DEVON be held to answer to an *in rem* judgement, with all available *in rem* procedures.

DATED this 17th day of June, 2020.

JOHNSON BEARD & TRUEB, PC
Attorneys for Plaintiff

By: /s/ Lanning M. Trueb
Lanning M. Trueb, ABA No. 8911083

Verified Complaint *In Rem*
Wieland vs. DEVON                                       Page 5 of 6

Case 3:20-cv-00140-HRH   Document 1   Filed 06/17/20   Page 5 of 6

## VERIFICATION

Lanning M. Trueb, deposes and says: Per the provisions of LAR (e)-3(b), that he is the attorney for Plaintiff and makes this verification on his behalf; that he has read the above and foregoing Complaint *in rem*, knows the contents thereof, and the same is true to the best of his knowledge, information and belief, based upon the information furnished to him by Plaintiff. Lanning M. Trueb makes this Verification per Plaintiff's authority, and for the reason that while Plaintiff has reviewed the substance of this Complaint, he is unable to sign the verification at this time because he is currently away from home and is not at a location where he is currently able to sign and return the Verification. Plaintiff will provide his own Verification in the next two weeks when he returns home.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

/s/ Lanning M. Trueb
Lanning M. Trueb

Verified Complaint *In Rem*
Wieland vs. DEVON
Page 6 of 6

Case 3:20-cv-00140-HRH   Document 1   Filed 06/17/20   Page 6 of 6

JOHNSON BEARD & TRUEB, PC
330 L STREET
ANCHORAGE, ALASKA 99501
PHONE (907) 277-0161
FAX (907) 277-0164